IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL T. BARNETT,

Defendant.                                        13-30030-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion to continue (Doc. 17). Defendant's counsel states he needs additional time to discuss a possible plea agreement. The government does not object. The Court being fully advised in the premises finds that defendant needs additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting of such outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue (Doc. 17). The Court **CONTINUES** the jury trial scheduled for May 20, 2013 to July 8, 2013, at 9:00 a.m. The time from the date the original motion was filed, May 13, 2013, until the date to which the trial is rescheduled, July 8, 2013, is excludable for purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 14th day of May, 2013.

David R. Herndon
2013.05.14
12:12:38 -05'00'

**Chief Judge
United States District Court**