IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                       CRIMINAL NO. 13-CR-30030-DRH

PAUL T. BARNETT,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On February 19, 2014, this court entered an order for forfeiture against defendant Paul T. Barnett for the following property which had been seized from said defendant:

**$2,252.00 in United States currency seized from Defendant on December 21, 2012.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 13, 2014, and ending November 11, 2014, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

The court further notes that notice was mailed to Betty Barnett on October

10, 2014, and that Betty Barnett did not file a claim alleging an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on February 19, 2014, namely:

**$2,252.00 in United States currency seized from Defendant on December 21, 2012.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

Signed this 6th day of March, 2015.

Digitally signed by David R. Herndon
Date: 2015.03.06 12:29:27 -06'00'

_____
**DAVID R. HERNDON**
**United States District Court Judge**